UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

Robert Allen Anderson

CASE/CITATION NO. CR-S06-0204

**ORDER TO PAY**

**FILED**
SEP 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY #: 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
DATE OF BIRTH: 1-4-61
DRIVER'S LICENSE #: 0802781775  NV
ADDRESS: 5300 Los Altos PKWY #236
SPARKS          NV      89436
CITY          STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: X 9-13-06          X Robert Q Anderson
                           DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(✓) Fine: $ 1,000.00 ____ and a penalty assessment of $ 50.00 ____ for a TOTAL AMOUNT OF: $ 1,050.00 ____ within Today days/months; or payments of $ ____ per month, commencing ____ and due on the ____ of each month until paid in full.
( ) Restitution: ____
( )    Community Service ____ with fees not to exceed $ ____
       completed by ____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to:  Clerk, USDC and mailed to (circle one):

**USDC**                          **CLERK, USDC**              **CLERK, USDC**
**CENTRAL VIOLATIONS BUREAU (SA)**   **1130 O STREET, RM 5000**   **501 "I" STREET** Suite 4-200
**POST OFFICE BOX 740026**           **FRESNO, CA 93721**         **SACRAMENTO, CA 95814-2322**
**ATLANTA, GA 30374-0026**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 9/13/2006               /GGH/ Valerie K. Sully
                              U.S. MAGISTRATE JUDGE

Clerk's Office